# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-3642

_____

Stephen W. Carlson

*Plaintiff - Appellant*

v.

Mark Ritchie, Minnesota Secretary of State in his official capacity; Bert Black,
Minnesota Secretary of State legal adviser in his official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: June 26, 2014
Filed: July 25, 2014
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Stephen Carlson appeals after the District Court[1] dismissed his 42 U.S.C. § 1983 amended complaint, and denied post-judgment relief. Having carefully reviewed the record <u>de novo</u> and considered Carlson's arguments for reversal, we conclude that the District Court properly dismissed the complaint for the reasons explained in the Court's thorough order. We conclude as well that the District Court did not abuse its discretion either in denying preliminary injunctive relief, or in denying post-judgment relief. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

———————————————

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.